BEFORE THE SECOND DIVISION, APRIL 30, 1941

**No. 45791.**—Protests 428900–G, etc., of Amrein Freudenberg & Co., Inc., et al. (New York).

Opinion by TILSON, J. It appeared that the merchandise is Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D.

40), embroidered flouncings like those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396), embroideries on cotton cloth similar to those passed upon in *United States* v. *Smith* (12 id. 384, T. D. 40544), embroidered flouncings like those involved in *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809), and filet laces the same as those the subject of *United States* v. *Caesar* (18 id. 106, T. D. 44067). The claim at 75 percent under paragraph 1430 was therefore sustained.